IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAYRO MACIAS, | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \| CIVIL ACTION NO. |
| | \| _____ |
| GEORGIA DEPARTMENT OF | \| |
| JUVENILE JUSTICE, | \| |
| ROCKDALE REGIONAL YOUTH | \| |
| DETENTION CENTER, WAYNE | \| |
| DASHIELD, DARRIEN | \| |
| STEPHENS, AND GEORGIA | \| |
| DEPARTMENT OF | \| |
| ADMINISTRATIVE SERVICES, | \| |
| | \| |
| Defendants. | \| |

## NOTICE OF REMOVAL

To:   The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division.

Defendants Georgia Department of Juvenile Justice, Rockdale Regional Youth Detention Center, Wayne Dashield, Darrien Stephens, and Georgia Department of Administrative Services, pursuant to U.S.C. §§ 1441 and 1446, within the time prescribed by law, file this Notice of Removal. Defendants file this notice subject to and without waiving any defenses available to them under state and federal law, including jurisdiction, venue and service of process, and show the Court:

1.

Plaintiff brought suit in the Superior Court of DeKalb County, *Jayro Macias v. Georgia Department of Juvenile Justice, et al.*, Civil Action Number 22CV6275.

2.

Plaintiff seeks money damages. He presents, among other things, a claim or claims arising out of the United States Constitution related to injuries sustained while housed within the Georgia Department of Juvenile Justice.

3.

The matter was filed in the state court on or about July 11, 2022. Defendant Dashield was served on July 15, 2022, and Defendant Stephens on July 31, 2022. All other Defendants were served on July 14, 2022.

4.

This action is a civil rights action presenting federal questions over which this court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

2

5.

This action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1441(c).  Defendants attach hereto a copy of all documents filed in the Superior Court of DeKalb County.

6.

This Notice of Removal, pursuant to 28 U.S.C. § 1446(b), is filed within thirty (30) days from service on a Defendant of a copy of the complaint and summons.

7.

All Defendants consent to and participate in the removal of this matter to federal court.

WHEREFORE, Defendants move that this Notice of Removal be filed, that this action be removed to and proceed in this Court, and that no further proceedings be had in the Superior Court of DeKalb County, State of Georgia.

3

Respectfully submitted this 26th day of August, 2022.

CHRISTOPHER M. CARR 112505
Attorney General

LORETTA L. PINKSTON-POPE 580385
Deputy Attorney General

SUSAN E. TEASTER 701415
Senior Asst. Attorney General

/s/ *Laura L. Lones*
LAURA L. LONES 456778
Senior Assistant Attorney General

*/s/Gregory Young*
GREGORY YOUNG  781937

Attorneys for Defendants

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (470) 355-2765
Facsimile:  (404) 651-5304
E-mail: llones@law.ga.gov

4

5

## CERTIFICATION AS TO FONT

Pursuant to Local Rule 7.1D, I hereby certify that this notice is submitted in Century Schoolbook 13 point type as required by Local Rule 5.1(b).

/s/ *Laura L. Lones*
LAURA L. LONES 456778
Senior Assistant Attorney General

5

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 26th day of August, 2022.

/s/ *Laura L. Lones*
Georgia Bar No. 456778
Senior Assistant Attorney General